Carlos Makoto Taitano, State Bar No. 275820
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:   1 671 777 0581
Email:        makoto@taitano.us.com

Attorney for Applicant
Hidenori Takagi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of | Case Number: |
| Hidenori Takagi, | **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| Applicant. | |

     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: April 21, 2023

                                                 /s/ Carlos Makoto Taitano
                                         CARLOS MAKOTO TAITANO
                                         Attorney for Applicant
                                         Hidenori Takagi