| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Carlos Taitano <makoto@taitano.us.com><br>MFPR Roppongi Azabudai Bldg. 11th Floor, 1-8-7 Roppongi, Minato-ku, Tokyo 106-0032 Japan | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.: **671-777-0581**   FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **IN RE EX PARTE APPLICATION APPLICATION OF HIDENORI TAKAGI** | |

| United States District Court, Northern District of California |
|---|
| STREET ADDRESS: **280 S 1st St** |
| MAILING ADDRESS: **280 S 1st St** |
| CITY AND ZIP CODE: **San Jose 95113** |
| BRANCH NAME: **Robert F. Peckham Federal Building** |

| PLAINTIFF/PETITIONER: **IN RE EX PARTE APPLICATION APPLICATION OF HIDENORI TAKAGI** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: . | **5:23-MC-80124-VKD** |

| **PROOF OF SERVICE (CIVIL)** | HEARING DATE/TIME: | HEARING DEPT./DIV.: | Ref. No. or File No.:<br>**REF-12611821** |
|---|---|---|---|

*BY FAX*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **ORDER SETTING DEADLINE FOR SERVICE AND CONSENT; EX PARTE APPLICATION FOR AN ORDER PURSUANT; SUBPOENA**

3. a. Party served *(specify name of party as shown on documents served)*:
   **Apple Inc.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **Emanuel Jacobo, I delivered the documents to Emanuel Jacobo who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic male contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses, a goatee and a mustache.**

4. Address where the party was served:
   **330 N Brand Blvd ste 700, Glendale, CA 91203**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **05/04/2023** at *(time)*: **8:21 AM**

   b. [ ] **by substituted service.** On *(date)*:          at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
   from *(city)*:                              or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: IN RE EX PARTE APPLICATION APPLICATION OF HIDENORI TAKAGI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: . | 5:23-MC-80124-VKD |

c. [ ] **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*           (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. **Person who served papers**
   a. Name: **Joecelyn Ramos**
   b. Address: **316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
   c. Telephone number: **213-621-9999**
   d. The fee for service was: **$ 75.00**
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner  [X] employee  [ ] independent contractor.  For: **ABC Legal Services, LLC**
         (ii) [X] Registration No.: **2019112771**   Registration #: **6779**
         (iii) [X] County: **County of Los Angeles**   County: **Los Angeles**

BY FAX

7. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
8. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 05/04/2023

      **Joecelyn Ramos**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

